IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

**RICHARD THOMAS HOLLY-DUNCAN**  **CASE NO. 3:14-bk-05665**
**220 LEEVILLE PIKE APT 9A**  **CHAPTER 7**
**LEBANON TN 37087**  **JUDGE HARRISON**
**Debtor**
**SSN: xxx-xx-3674**

NOTICE OF RESCISSION

Comes the debtor, by and through the undersigned counsel, and gives notice that he is rescinding the reaffirmation agreement with the following:

>INSOLVE AUTO FUNDING
>PO BOX 64090
>TUCSON, AZ 85728
>
>INSOLVE AUTO FUNDING
>C/O CRG
>1790 E RIVER RD STE 101
>TUCSON, AZ 85718
>
>INLAND BANK & TRUST
>2805 BUTTERFIELD ROAD 200
>OAK BROOK IL 60523

Respectfully Submitted,

/s/Mark Podis
Mark R. Podis (BPR #012216)
Attorney for Debtor
1161 Murfreesboro Road Suite 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
Email – PodisBankruptcy@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice Of Rescission has been delivered to the U.S. Trustee, 701 Broadway, 318 Customs House, Nashville, TN 37203, to the Chapter 7 Trustee, Robert Walsdchmidt, PO Box 2828, Brentwood, TN 37024, to Debtor, Richard Thomas Holly-Duncan, 220 Leeville Pike Apt 9A, Lebanon, TN 37087, to INSOLVE AUTO FUNDING, PO BOX 64090, TUCSON, AZ 85728, to INSOLVE AUTO FUNDING, C/O CRG, 1790 E RIVER RD STE 101, TUCSON, AZ 85718, to INLAND BANK & TRUST, 2805 BUTTERFIELD ROAD 200, OAK BROOK IL 60523, and to all parties in interest via CM/ECF http://ecf.tnmb.uscourts.gov, on this the 16th day of September, 2016.

/s/Mark Podis
Mark Podis